**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWIN GIOVANN GARCIA-MALDONADO, | No. 23-246 |
| | Agency No. A206-093-995 |
| Petitioner, | |
| v. | MEMORANDUM* |
| MERRICK B. GARLAND, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 17, 2024**
Pasadena, California

Before: COLLINS, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Edwin Giovann Garcia-Maldonado petitions this court for review of a

decision of the Board of Immigration Appeals (BIA) denying his motion to reopen

his case due to ineffective assistance from his prior counsel. We have jurisdiction

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252. Reviewing the BIA's decision for abuse of discretion, *Reyes-Corado v. Garland*, 76 F.4th 1256, 1259 (9th Cir. 2023), we deny the petition.

For ineffective assistance of counsel to justify reopening a case, a petitioner must show "'substantial prejudice,' meaning that counsel's performance was so inadequate that 'the outcome of the proceeding may have been affected by the alleged violation.'" *Hernandez-Ortiz v. Garland*, 32 F.4th 794, 801 (9th Cir. 2022) (quoting *Grigoryan v. Barr*, 959 F.3d 1233, 1240 (9th Cir. 2020)). The BIA found that Garcia-Maldonado failed to show prejudice because he provided no explanation as to how his prior counsel's alleged ineffectiveness led to the agency's conclusion that there was no connection between Garcia-Maldonado's feared harm and any protected characteristic. Garcia-Maldonado does not challenge this finding on appeal. And, because the agency denied Garcia-Maldonado's claims for relief on grounds wholly independent of the Immigration Judge's adverse credibility finding, merely showing prejudice as to that finding alone is insufficient to establish that counsel's performance may have affected "the outcome of the proceeding." *Id.* (quoting *Grigoryan*, 959 F.3d at 1240). Accordingly, Garcia-Maldonado has not shown that the BIA abused its discretion. *See id.* at 804.

**DENIED.**